# Third District Court of Appeal
## State of Florida

Opinion filed September 21, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-175
Lower Tribunal No. F16-7074
_____

**Marvin Pace,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Marvin Pace, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.